NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNING OPTICAL COMMUNICATIONS LLC,**
*Appellant*

**v.**

**DALI WIRELESS INC.,**
*Appellee*

---

2022-2243

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00408.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

January 19, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** January 19, 2023